### STATE OF CONNECTICUT *v.* ROY TROTTER

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 1 (AC 20886), is denied.

*Alice Osedach-Powers*, assistant public defender, in support of the petition.

*Richard F. Jacobson*, special assistant state's attorney, in opposition.

Decided June 5, 2002

### STATE OF CONNECTICUT *v.* ROBERT BEEMER

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 901 (AC 21650), is denied.

*Richard Hustad Miller*, special public defender, in support of the petition.

*Theresa A. Ferryman*, assistant state's attorney, in opposition.

Decided June 5, 2002